**Antonio CAMPOS–TORO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–71618.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 6, 2011.

Susan S. Azad, Esquire, Michael Eliot Elisofon, Esquire, Latham & Watkins,

LLP, Los Angeles, CA, for PETITIONER.

Paul Cygnarowicz, Oil, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Antonio Campos–Toro, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Cheuk Fung S–Yong v. Holder,* 600 F.3d 1028, 1034 (9th Cir.2010), and we deny the petition for review.

The agency correctly determined that Campos–Toro's 2006 conviction for violating California Penal Code § 273.5(a) is an aggravated felony crime of violence under 8 U.S.C. § 1101(a)(43)(F), where he was sentenced to a term of imprisonment of at least one year. *See Banuelos–Ayon v. Holder,* 611 F.3d 1080, 1083 (9th Cir.2010) (a conviction under California Penal Code § 273.5(a) is categorically a crime of vio-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lence under 18 U.S.C. § 16(a)). Campos–Toro is therefore removable as an aggravated felon, *see* 8 U.S.C. § 1227(a)(2)(A)(iii), and statutorily ineligible for cancellation of removal, *see* 8 U.S.C. § 1229b(a)(3).

**PETITION FOR REVIEW DENIED.**

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.